

## DISCOUNT TIRE
### discounttire.com

2230124
REPRINT  ORIG INV #2115652
ORIG DATE 09-08-2012

DATE: 06-04-20__  ___ _:__ PM

FILED IN
14th COURT OF APPEALS
HOUSTON,TEXAS
7/9/2015 1:56:55 PM
CHRISTOPHER A. PRINE
Clerk

| CUSTOMER INFORMATION | VEHICLE INFORMATION | |
|---|---|---|
| ROBERT     COLEMAN | 2001 FORD | TXH 55 |
| 19707 CENTERLAKE LN. | F-250 | 4918 LOUETTA RD |
| | ALL CABS 16"OPT | SP___ ___ _X ___79-8129 |
| SPRING          TX 77379 | MILEAGE: 208,273 | PHONE: 281-257-9555 |
| (H) 832-683-2049 | PLATE # AD6-2266 | 789 BRYAN P COTTON |
| | TORQUE SPECS: 150 | WORK ORDER# _____ |

| CODE | CC | QTY | SIZE | DESCRIPTION | F.E.T. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 38679 | NRM | 4 | LT265/75R16E1 123R W | | .00 | 194.00 | 776.00 |
| | | | BFG RUGGED TERRAIN T/A | | | | |

WARRANTY: MILEAGE- 50,000  SEE REVERSE SIDE FOR WARRANTY DETAILS
COMMENT:   BOLT PATTERN: 8-170
COMMENT:   INFLATION F:55

| CODE | CC | QTY | SIZE | DESCRIPTION | F.E.T. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 80017 | NRM | 4 | CERTIFICATES | FOR FREE REPLACEMENT | .00 | 33.75 | 135.00 |
| 80224 | NRM | 4 | WASTE TIRE DISPOSAL | FEE | .00 | 2.50 | 10.00 |
| 80219 | NRM | 4 | INSTALLATION & | LIFETIME SPIN BALANCING | .00 | 16.00 | 64.00 |
| 80402 | NRM | 4 | VALVES, ROTATIONS & | LIFETIME REPAIRS INCLUDED | .00 | .00 | .00 |
| 91817 | NRM | 4 | E600HP 500 TRUCK | | .00 | 2.50 | 10.00 |
| | | | HP TRUCK | | | | |

e tire and/or wheel you have chosen is different from the original equipment provided with
your vehicle and may change its handling or stability characteristics.
Further information is available from your Discount Tire salesperson.

| | |
|---|---|
| SUBTOTAL: | 995.00 |
| TAX: | 57.71 |
| TOTAL: | 1,052.71 |
| MASTERCARD: | 1,052.71 |
| TENDERED: | 1,052.71 |

XXXXXXXXXXX

Signature on file

Discovery Exhibit  **2**
Cause No.  2014-57952
COLEMAN

**EXHIBIT**

_____ 3 _____

exhibitsticker.com


100% recyclable paper